UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ROBERT JOHNSON, individually and
on behalf of all others similarly situated,

        Plaintiff,

v.                                  Case No. 21-C-836

SCHNEIDER NATIONAL, INC.,

        Defendant.

## ORDER

Plaintiff Robert Johnson, individually and on behalf of all others similarly situated, brought this putative collective action against Defendant Schneider National, Inc. pursuant to the Fair Labor Standards Act (FLSA), 29 U.S.C. § 201, *et seq*. On March 21, 2022, the Court granted-in-part Schneider's motion to compel individual arbitration of Plaintiff's claims and to stay proceedings. Judgment. Dkt. No. 22. Judgment was entered on the same date. Plaintiff filed a notice of appeal on April 5, 2022. Dkt. No. 24. On June 1, 2022, the parties filed a joint motion for an indicative ruling pursuant to Federal Rule of Civil Procedure 62.1(a)(3). Dkt. No. 29. The Court granted the motion and indicated that, upon remand, it would enter an order approving the parties' negotiated settlement of Plaintiff's claims and dismiss this action with prejudice. Dkt. No. 30. The Seventh Circuit remanded the case to this Court on June 21, 2022. Dkt. No. 31.

Having reviewed the parties' negotiated settlement of Plaintiff's claims (Dkt. No. 29-1), the Court concludes that it represents a fair and reasonable resolution of the bona fide dispute over the alleged violations of the FLSA. Therefore, pursuant to the agreement of the parties, the Court's

March 21, 2022, judgment (Dkt. No. 23) is **VACATED**. The parties' settlement agreement is approved, and this action is **DISMISSED with prejudice**.

**SO ORDERED** at Green Bay, Wisconsin this 22nd day of June, 2022.

s/ William C. Griesbach
William C. Griesbach
United States District Judge